| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 11 CR 01072-5 (DC) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Juan Manuel Tavarez-Padilla<br>New Jersey | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | Denise Cote, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>9/26/2018 | TO<br>9/25/2021 |

**OFFENSE**

Count 1: Conspiracy to Commit Mail, Wire and Healthcare Fraud in violation of 18 USC 1349, 1341, 1343 and 1347; Count 2: Conspiracy to Commit Adulteration and Misbranding Offenses and the Unlawful Wholesale Distribution of Prescription Drugs in violation of 18 USC 371; Count 3: Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone in violation of 18 USC 841(b)(1)(C); Count 4: Conspiracy to Commit Robbery in violation of 21 USC 1951; Count 5: Conspiracy to Commit Money Laundering in violation of 8 USC 1956.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2020

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| _3/4/20_<br>Date | _Denise Cote_<br>United States District Judge |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| _Effective Date_ | _United States District Judge_ |
|---|---|